# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: TONYAN, PAMELA MARIE | § Case No. 08-74193 |
| | § |
| | § |
| Debtors | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on December 30, 2008. The undersigned trustee was appointed on December 30, 2008.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of         $        5,513.50

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Administrative expenses | 0.00 |
| Payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Leaving a balance on hand of | $ 5,513.50 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

**UST Form 101-7-TFR (4/1/2009)**

6. The deadline for filing claims in this case was 05/15/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,301.35. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,301.35, for a total compensation of $1,301.35. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/21/2009          By: **/s/STEPHEN G. BALSLEY**
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (4/1/2009)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 08-74193 MB  
Case Name: TONYAN, PAMELA MARIE  
Period Ending: 05/20/09

Trustee: (330410) STEPHEN G. BALSLEY  
Filed (f) or Converted (c): 12/30/08 (f)  
§341(a) Meeting Date: 01/28/09  
Claims Bar Date: 05/15/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 30464 Pebble Beach Circle, Genoa, IL | 240,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account - Kane County Teacher's CU | 100.00 | 100.00 | | 100.00 | FA |
| 3 | Checking account - Chase Bank | 100.00 | 100.00 | | 100.00 | FA |
| 4 | Household goods and furnishings | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Books, CD's, tapes, records, family pictures | 100.00 | 0.00 | DA | 0.00 | FA |
| 6 | Clothing | 50.00 | 0.00 | DA | 0.00 | FA |
| 7 | Jewelry | 200.00 | 0.00 | DA | 0.00 | FA |
| 8 | Term life insurance | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | Pension | 85,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2004 Toyota Solara | 11,275.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2008 income tax refund (u) | 7,500.00 | 5,313.00 | | 5,313.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.50 | Unknown |
| 12 | Assets     Totals (Excluding unknown values) | $346,325.00 | $5,513.00 | | $5,513.50 | $0.00 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):   June 30, 2009          Current Projected Date Of Final Report (TFR):   May 21, 2009 (Actual)

Printed: 05/20/2009 03:26 PM   V.11.12

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-74193 MB | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | TONYAN, PAMELA MARIE | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****39-65 - Money Market Account |
| Taxpayer ID #: | 54-6931151 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 05/20/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/10/09 | | Pamela M. Tonyan | Interest in bank accounts and income tax refund | | 5,513.00 | | 5,513.00 |
| | {2} | | Checking account - Kane County Teacher's Credit Union   100.00 | 1129-000 | | | 5,513.00 |
| | {3} | | Checking account - Chase Bank   100.00 | 1129-000 | | | 5,513.00 |
| | {11} | | 2008 income tax refund   5,313.00 | 1224-000 | | | 5,513.00 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.14 | | 5,513.14 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.22 | | 5,513.36 |
| 05/20/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.14 | | 5,513.50 |
| 05/20/09 | | To Account #********3966 | Transfer funds from MMA to checking | 9999-000 | | 5,513.50 | 0.00 |
| | | | ACCOUNT TOTALS | | 5,513.50 | 5,513.50 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 5,513.50 | |
| | | | Subtotal | | 5,513.50 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $5,513.50 | $0.00 | |

{} Asset reference(s)   Printed: 05/20/2009 03:26 PM   V.11.12

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 08-74193 MB | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | TONYAN, PAMELA MARIE | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****39-66 - Checking Account |
| Taxpayer ID #: | 54-6931151 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 05/20/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/20/09 | | From Account #*********3965 | Transfer funds from MMA to checking | 9999-000 | 5,513.50 | | 5,513.50 |
| | | | ACCOUNT TOTALS | | 5,513.50 | 0.00 | $5,513.50 |
| | | | Less: Bank Transfers | | 5,513.50 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****39-65 | 5,513.50 | 0.00 | 0.00 |
| Checking # ***-*****39-66 | 0.00 | 0.00 | 5,513.50 |
| | $5,513.50 | $0.00 | $5,513.50 |

{} Asset reference(s)                                                                                Printed: 05/20/2009 03:26 PM    V.11.12

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-74193
Case Name: TONYAN, PAMELA MARIE
Trustee Name: STEPHEN G. BALSLEY

Claims of secured creditors will be paid as follows:

*Claimant*                                                *Proposed Payment*
              N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | STEPHEN G. BALSLEY | $ 1,301.35 | $ |
| *Attorney for trustee* | Stephen G. Balsley | $ 650.00 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                *Fees*                *Expenses*

**UST Form 101-7-TFR (4/1/2009)**

*Attorney for debtor* _____ $_____ $_____
*Attorney for* _____ $_____ $_____
*Accountant for* _____ $_____ $_____
*Appraiser for* _____ $_____ $_____
*Other* _____ $_____ $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,605.09 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1P | Illinois Department of Revenue | $ 2,605.09 | $ 2,605.09 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 49,595.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.9 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1U | Illinois Department of Revenue | $ 540.00 | $ 10.43 |
| 2 | PYOD, LLC/Citibank | $ 19,081.27 | $ 368.21 |
| 3 | PYOD, LLC/Citibank | $ 1,697.11 | $ 32.75 |
| 4 | HSBC Bank Nevada, N.A. | $ 1,318.77 | $ 25.45 |
| 5 | Beneficial Illinois, Inc. | $ 12,317.93 | $ 237.70 |
| 6 | GE Money Bank/Sam's Clubs | $ 2,815.37 | $ 54.33 |
| 7 | Chase Bank USA, N.A. | $ 11,825.29 | $ 228.19 |

**UST Form 101-7-TFR (4/1/2009)**

Late filed general (unsecured) claims are as follows:

*Claim Number*   *Claimant*                              *Allowed Amt. of Claim*   *Proposed Payment*
                               N/A

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

*Claim Number*   *Claimant*                              *Allowed Amt. of Claim*   *Proposed Payment*
                               N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-TFR (4/1/2009)**