# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: TONYAN, PAMELA MARIE    § Case No. 08-74193
    §
    §
Debtors    §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | |
|---|---|
| *The Final Report shows receipts of* | $ 5,513.50 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance of* | $ 5,513.50 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                                *Proposed Payment*
                              N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | STEPHEN G. BALSLEY | $ 1,301.35 | $ |
| Attorney for trustee | Stephen G. Balsley | $ 650.00 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

**UST Form 101-7-NFR (4/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor | _____ | $_____ | $_____ |
| Attorney for | _____ | $_____ | $_____ |
| Accountant for | _____ | $_____ | $_____ |
| Appraiser for | _____ | $_____ | $_____ |
| Other | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,605.09 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1P | Illinois Department of Revenue | $ 2,605.09 | $ 2,605.09 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 49,595.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.9 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1U | Illinois Department of Revenue | $ 540.00 | $ 10.43 |
| 2 | PYOD, LLC/Citibank | $ 19,081.27 | $ 368.21 |
| 3 | PYOD, LLC/Citibank | $ 1,697.11 | $ 32.75 |
| 4 | HSBC Bank Nevada, N.A. | $ 1,318.77 | $ 25.45 |
| 5 | Beneficial Illinois, Inc. | $ 12,317.93 | $ 237.70 |
| 6 | GE Money Bank/Sam's Clubs | $ 2,815.37 | $ 54.33 |
| 7 | Chase Bank USA, N.A. | $ 11,825.29 | $ 228.19 |

**UST Form 101-7-NFR (4/1/2009)**

Late filed general (unsecured) claims are as follows:

*Claim Number*    *Claimant*              *Allowed Amt. of Claim*    *Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

*Claim Number*    *Claimant*              *Allowed Amt. of Claim*    *Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-NFR (4/1/2009)**

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:
211 South Court Street
Room 110
Rockford, IL 61101

Any person wishing to object to any fee application or the Final Report, must file a written objection within 20 days of the date of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

If local court rules so require, the following procedure for objecting must be followed:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 07/29/2009 in Courtroom 115, United States Courthouse,
211 South Court Street
Room 115
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 07/10/2009            By: /s/STEPHEN G. BALSLEY
                                Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL 61108

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (4/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: mreilly                Page 1 of 1             Date Rcvd: Jul 10, 2009
Case: 08-74193                Form ID: pdf006              Total Noticed: 23

The following entities were noticed by first class mail on Jul 12, 2009.
 db           +Pamela Marie Tonyan,    30464 Pebble Beach Circle,    Genoa, IL 60135-7402
 aty          +Jason K Nielson,    The Law Offices of Peter Francis Geraci,    55 East Monroe St. Suite #3400,
                Chicago, IL 60603-5920
 tr           +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
                Rockford, IL 61108-2579
13004575      +Barclays BANK Delaware,    Attn: Bankruptcy Dept.,    125 S West St,    Wilmington, DE 19801-5014
13004577      +Beneficial/HFC,    Attn: Bankruptcy Dept.,    Po Box 1547,    Chesapeake, VA 23327-1547
13897148       Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
13004568      +Equifax,    Attn: Bankruptcy Dept.,    P.O. Box 740241,    Atlanta, GA 30374-0241
13004569      +Experian,    Attn: Bankruptcy Dept.,    P.O. Box 2002,    Allen, TX 75013-2002
13004572      +Exxmblciti,    Attn: Bankruptcy Dept.,    Po Box 6497,    Sioux Falls, SD 57117-6497
13004571      +HSBC BANK,    Attn: Bankruptcy Dept.,    Po Box 5253,    Carol Stream, IL 60197-5253
13004565       Heights Finance,    Attn: Bankruptcy Dept.,    1051 South Point Circle, ste f,    Hammond, IN 46325
13626494       Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,
                Chicago, Illinois 60664-0338
13004579       Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
13847551      +PRA Receivables Management, LLC as agent for,    Beneficial Illinois Inc.,    PO Box 12907,
                Norfolk VA 23541-0907
13845406      +PRA Receivables Management, LLC as agent for,    HSBC Bank Nevada, N.A.,    PO Box 12907,
                Norfolk VA 23541-0907
13809009      +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
                PO Box 19008,    Greenville, SC 29602-9008
13004570      +TransUnion,    Attn: Bankruptcy Dept.,    P.O. Box 1000,    Chester, PA 19022-2001
13004576      +WASH MUTUAL/Providian,    Attn: Bankruptcy Dept.,    Po Box 9180,    Pleasanton, CA 94566-9180
13004567      +Washington Mutual Bank,    Bankruptcy Department,    PO Box 99604,    Arlington, TX 76096-9604
13004566      +Wells Fargo,    Bankruptcy Department,    1300 E. McGalliard,    Muncie, IN 47303-2274
The following entities were noticed by electronic transmission on Jul 11, 2009.
13004573      +E-mail/PDF: gecsedi@recoverycorp.com Jul 11 2009 01:05:12     GEMB/SAMS CLUB,
                Attn: Bankruptcy Dept.,    Po Box 981400,    El Paso, TX 79998-1400
13004578      +E-mail/Text: bnc@nordstrom.com                            Nordstrom FSB,    Attn: Bankruptcy Dept.,
                Po Box 6565,    Englewood, CO 80155-6565
13882850      +E-mail/PDF: rmscedi@recoverycorp.com Jul 11 2009 01:12:11
                Recovery Management Systems Corporation,    For GE Money Bank,    dba SAM'S CLUB,
                25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 aty*         +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
                Rockford, IL 61108-2579
13004574*     +HSBC BANK,    Attn: Bankruptcy Dept.,    Po Box 5253,    Carol Stream, IL 60197-5253
                                                                                              TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 12, 2009**                     **Signature:** *Joseph Speetjens*