UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: TONYAN, PAMELA MARIE          § Case No. 08-74193
                                      §
                                      §
                                      §
Debtor(s)                             §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $578,625.00 | Assets Exempt: $106,550.00 |
| Total Distribution to Claimants: $3,562.15 | Claims Discharged Without Payment: $73,373.68 |
| Total Expenses of Administration: $1,951.35 | |

3) Total gross receipts of $ 5,513.50 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,513.50 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $333,335.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 1,951.35 | 1,951.35 | 1,951.35 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 2,605.09 | 2,605.09 | 2,605.09 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 24,735.00 | 49,595.74 | 49,595.74 | 957.06 |
| **TOTAL DISBURSEMENTS** | $358,070.00 | $54,152.18 | $54,152.18 | $5,513.50 |

4) This case was originally filed under Chapter 7 on December 30, 2008. . The case was pending for 8 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/09/2009        By: /s/STEPHEN G. BALSLEY
                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Checking account - Kane County Teacher's CU | 1129-000 | 100.00 |
| Checking account - Chase Bank | 1129-000 | 100.00 |
| 2008 income tax refund | 1224-000 | 5,313.00 |
| Interest Income | 1270-000 | 0.50 |
| **TOTAL GROSS RECEIPTS** | | **$5,513.50** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | | | | |

UST Form 101-7-TDR (9/1/2009)

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Wells Fargo | 4110-000 | 264,505.00 | N/A | N/A | 0.00 |
| Washington Mutual Bank | 4110-000 | 57,100.00 | N/A | N/A | 0.00 |
| Heights Finance | 4210-000 | 11,730.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | $333,335.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Stephen G. Balsley | 2100-000 | N/A | 1,301.35 | 1,301.35 | 1,301.35 |
| Stephen G. Balsley | 3110-000 | N/A | 650.00 | 650.00 | 650.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,951.35 | 1,951.35 | 1,951.35 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Illinois Department of Revenue | 5800-000 | N/A | 2,605.09 | 2,605.09 | 2,605.09 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 2,605.09 | 2,605.09 | 2,605.09 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Illinois Department of Revenue | 7100-000 | N/A | 540.00 | 540.00 | 10.43 |
| PYOD, LLC/Citibank | 7100-000 | N/A | 19,081.27 | 19,081.27 | 368.21 |
| PYOD, LLC/Citibank | 7100-000 | N/A | 1,697.11 | 1,697.11 | 32.75 |
| HSBC Bank Nevada, N.A. | 7100-000 | N/A | 1,318.77 | 1,318.77 | 25.45 |
| Beneficial Illinois, Inc. | 7100-000 | N/A | 12,317.93 | 12,317.93 | 237.70 |
| GE Money Bank/Sam's Clubs | 7100-000 | N/A | 2,815.37 | 2,815.37 | 54.33 |
| Chase Bank USA, N.A. | 7100-000 | N/A | 11,825.29 | 11,825.29 | 228.19 |
| HSBC Bank | 7100-000 | 3,185.00 | N/A | N/A | 0.00 |
| Barclays Bank Delaware | 7100-000 | 8,109.00 | N/A | N/A | 0.00 |
| Nordstrom FSB | 7100-000 | 13,441.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 24,735.00 | 49,595.74 | 49,595.74 | 957.06 |

UST Form 101-7-TDR (9/1/2009)

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 08-74193
Case Name: TONYAN, PAMELA MARIE

Period Ending: 09/09/09

Trustee: (330410) STEPHEN G. BALSLEY
Filed (f) or Converted (c): 12/30/08 (f)
§341(a) Meeting Date: 01/28/09
Claims Bar Date: 05/15/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 30464 Pebble Beach Circle, Genoa, IL | 240,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account - Kane County Teacher's CU | 100.00 | 100.00 | | 100.00 | FA |
| 3 | Checking account - Chase Bank | 100.00 | 100.00 | | 100.00 | FA |
| 4 | Household goods and furnishings | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Books, CD's, tapes, records, family pictures | 100.00 | 0.00 | DA | 0.00 | FA |
| 6 | Clothing | 50.00 | 0.00 | DA | 0.00 | FA |
| 7 | Jewelry | 200.00 | 0.00 | DA | 0.00 | FA |
| 8 | Term life insurance | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | Pension | 85,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2004 Toyota Solara | 11,275.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2008 income tax refund (u) | 7,500.00 | 2,313.00 | | 5,313.00 | FA |
| 12 | 60135 (Debtor's Residence) | 240,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.50 | FA |
| 13 | Assets Totals (Excluding unknown values) | $586,325.00 | $2,513.00 | | $5,513.50 | $0.00 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):   June 30, 2009            Current Projected Date Of Final Report (TFR):   May 21, 2009 (Actual)

Printed: 09/09/2009 11:51 AM   V.11.50

Exhibit 9

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

| Case Number: | 08-74193 | | Trustee: | STEPHEN G. BALSLEY (330410) |
| --- | --- | --- | --- | --- |
| Case Name: | TONYAN, PAMELA MARIE | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***.*****39-65 - Money Market Account |
| Taxpayer ID #: | 54-6931151 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 09/09/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 03/10/09 | | Pamela M. Tonyan | Interest in bank accounts and income tax refund | | | 5,513.00 | | 5,513.00 |
| | {2} | | Checking account - Kane County Teacher's Credit Union | 100.00 | 1129-000 | | | 5,513.00 |
| | {3} | | Checking account - Chase Bank | 100.00 | 1129-000 | | | 5,513.00 |
| | {11} | | 2008 income tax refund | 5,313.00 | 1224-000 | | | 5,513.00 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.14 | | 5,513.14 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.22 | | 5,513.36 |
| 05/20/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | | 1270-000 | 0.14 | | 5,513.50 |
| 05/20/09 | | To Account #********3966 | Transfer funds from MMA to checking | | 9999-000 | | 5,513.50 | 0.00 |
| | | | ACCOUNT TOTALS | | | 5,513.50 | 5,513.50 | $0.00 |
| | | | Less: Bank Transfers | | | 0.00 | 5,513.50 | |
| | | | Subtotal | | | 5,513.50 | 0.00 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | NET Receipts / Disbursements | | | $5,513.50 | $0.00 | |

{} Asset reference(s)      Printed: 09/09/2009 11:51 AM    V.11.50

Exhibit 9

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 08-74193 | | Trustee: | STEPHEN G. BALSLEY (330410) |
| --- | --- | --- | --- | --- |
| Case Name: | TONYAN, PAMELA MARIE | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****39-66 - Checking Account |
| Taxpayer ID #: | 54-6931151 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 09/09/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 05/20/09 | | From Account #********3965 | Transfer funds from MMA to checking | 9999-000 | 5,513.50 | | 5,513.50 |
| 07/29/09 | 101 | Stephen G. Balsley | Dividend paid 100.00% on $650.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 650.00 | 4,863.50 |
| 07/29/09 | 102 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,301.35, Trustee Compensation; Reference: | 2100-000 | | 1,301.35 | 3,562.15 |
| 07/29/09 | 103 | Illinois Department of Revenue | Dividend paid 100.00% on $2,605.09; Claim# 1P; Filed: $2,605.09; Reference: 7853 | 5800-000 | | 2,605.09 | 957.06 |
| 07/29/09 | 104 | Illinois Department of Revenue | Dividend paid 1.92% on $540.00; Claim# 1U; Filed: $540.00; Reference: 7853 | 7100-000 | | 10.43 | 946.63 |
| 07/29/09 | 105 | PYOD, LLC/Citibank | Dividend paid 1.92% on $19,081.27; Claim# 2; Filed: $19,081.27; Reference: 6251 | 7100-000 | | 368.21 | 578.42 |
| 07/29/09 | 106 | PYOD, LLC/Citibank | Dividend paid 1.92% on $1,697.11; Claim# 3; Filed: $1,697.11; Reference: 6975 | 7100-000 | | 32.75 | 545.67 |
| 07/29/09 | 107 | HSBC Bank Nevada, N.A. | Dividend paid 1.92% on $1,318.77; Claim# 4; Filed: $1,318.77; Reference: 3372 | 7100-000 | | 25.45 | 520.22 |
| 07/29/09 | 108 | Beneficial Illinois, Inc. | Dividend paid 1.92% on $12,317.93; Claim# 5; Filed: $12,317.93; Reference: 5828 | 7100-000 | | 237.70 | 282.52 |
| 07/29/09 | 109 | GE Money Bank/Sam's Clubs | Dividend paid 1.92% on $2,815.37; Claim# 6; Filed: $2,815.37; Reference: 3334 | 7100-000 | | 54.33 | 228.19 |
| 07/29/09 | 110 | Chase Bank USA, N.A. | Dividend paid 1.92% on $11,825.29; Claim# 7; Filed: $11,825.29; Reference: 1458 | 7100-000 | | 228.19 | 0.00 |

|  |  |  |  |
| --- | --- | --- | --- |
| ACCOUNT TOTALS | 5,513.50 | 5,513.50 | $0.00 |
| Less: Bank Transfers | 5,513.50 | 0.00 | |
| Subtotal | 0.00 | 5,513.50 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $5,513.50 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| MMA # ***-*****39-65 | 5,513.50 | 0.00 | 0.00 |
| Checking # ***-*****39-66 | 0.00 | 5,513.50 | 0.00 |
| | $5,513.50 | $5,513.50 | $0.00 |

{} Asset reference(s)  Printed: 09/09/2009 11:51 AM V.11.50

# JPMorganChase

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

August 01, 2009 through August 31, 2009
Account Number: **000312207923966**

### CUSTOMER SERVICE INFORMATION

Service Center:  1-800-634-5273



00018134 DBI 802 24 24409 - NNNNN  1 000000000 60 0000
08-74193 TONYAN PAMELA MARIE
DEBTOR
330410 STEPHEN BALSLEY TRUSTEE
BRANCH 312, 4 NYP, 17TH FLOOR
NEW YORK NY 10004

## CHECKING SUMMARY

Bankruptcy Business Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $3,562.15 |
| Checks Paid | 8 | - 3,562.15 |
| Ending Balance | 8 | $0.00 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 103 | 08/11 | $2,605.09 |
| 104 | 08/11 | 10.43 |
| 105 | 08/06 | 368.21 |
| 106 | 08/06 | 32.75 |
| 107 | 08/28 | 25.45 |
| 108 | 08/26 | 237.70 |
| 109 | 08/05 | 54.33 |
| 110 | 08/10 | 228.19 |
| Total Checks Paid |  | $3,562.15 |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 08/05 | $3,507.82 |
| 08/06 | 3,106.86 |
| 08/10 | 2,878.67 |
| 08/11 | 263.15 |
| 08/26 | 25.45 |
| 08/28 | 0.00 |